UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE NORIEGA, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-cv-00611-LRH-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT LA GRAND, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Jose Noriega has filed a motion for a docketing statement (docket #10). Petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for docketing statement (docket #10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall send one copy of the docket sheet to petitioner at his address of record.

DATED this 31st day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE