1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE NORIEGA,                          )
                                       )
                  Petitioner,          )          3:11-cv-00611-LRH-RAM
                                       )
vs.                                    )          **ORDER**
                                       )
ROBERT LA GRAND, *et al.*,             )
                                       )
                  Respondents.         )
_____/

   Petitioner Jose Noriega has filed a motion for a docketing statement (docket #10).  Petitioner's motion is granted.

   **IT IS THEREFORE ORDERED** that petitioner's motion for docketing statement (docket #10) is **GRANTED**.

   **IT IS FURTHER ORDERED** that the Clerk shall send one copy of the docket sheet to petitioner at his address of record.

   DATED this 31st day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE