# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE NORIEGA, | ) | |
| Petitioner, | ) | 3:11-cv-00611-LRH-RAM |
| vs. | ) | **ORDER** |
| ROBERT LA GRAND, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner Jose Noriega has filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #5).

In his petition, petitioner references an application for postconviction relief that apparently was pending before the Nevada Supreme Court. Respondents are directed to file a status report to inform this court of the status of petitioner's state petition for postconviction relief within thirty (30) days from the date of entry of this order.

**IT IS THEREFORE ORDERED** that within thirty (30) days of the date of entry of this order, respondents shall file a status report to inform this court of the status of petitioner's state petition for postconviction relief.

DATED this 16th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE