1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9   JOSE NORIEGA,                    )
                                     )
10              Petitioner,          )        3:11-cv-00611-LRH-RAM
                                     )
11  vs.                              )        **ORDER**
                                     )
12  ROBERT LA GRAND, *et al.*,       )
                                     )
13              Respondents.         )
    _____/
14

15          Petitioner Jose Noriega has filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. §

16  2254 (ECF #5).

17          In his petition, petitioner references an application for postconviction relief that apparently was

18  pending before the Nevada Supreme Court.  Respondents are directed to file a status report to inform

19  this court of the status of petitioner's state petition for postconviction relief within thirty (30) days from

20  the date of entry of this order.

21          **IT IS THEREFORE ORDERED** that within thirty (30) days of the date of entry of this order,

22  respondents shall file a status report to inform this court of the status of petitioner's state petition for

23  postconviction relief.

24          DATED this 16th day of May, 2012.

25

26                                              _____
                                                LARRY R. HICKS
27                                              UNITED STATES DISTRICT JUDGE

28